Daniel "Sparky" Abraham (SBN 299193)
**JUBILEE LEGAL**
300 E. Esplanade Dr., 9th Floor
Oxnard, CA 93036
(805) 946-0386
sparky@jubilee.legal

Andrea J. Matthews (M.A. Bar No. 694538)*
Anna L. Deffebach (D.C. Bar No. 241346)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Kristen Miller (D.C. Bar No. 229627)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar. No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 304-3457 (Matthews)
amatthews@democracyforward.org
adeffebach@democracyforward.org
hhickman@democracyforward.org
consultantkmiller@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*
**Pro hac vice motion forthcoming*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INCLUSIVE ACTION FOR THE CITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-08433<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR PRELIMINARY INJUNCTION AND § 705 STAY**<br><br>Judge: The Honorable Edward M. Chen<br>Ctrm: 5 – 17th Floor<br>Date: September 24, 2026<br>Time: 1:30pm |

**NOTICE AND MOTION FOR PRELIMINARY INJUNCTION AND § 705 STAY**

TO ALL DEFENDANTS: PLEASE TAKE NOTICE that on September 24, 2026 at 1:30pm or at the earliest other available time as this matter may be heard before the Honorable Edward M. Chen, in Courtroom 5 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, Plaintiffs Inclusive Action for the City and CAMEO Network will move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65-1 of the Civil Local Rules and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. § 705, for a stay and preliminary injunction that:

1. Enjoins and/or stays Defendants from taking any action to implement, carry out, or effectuate their Impoundment Policy, as defined in Plaintiffs' Complaint and Memorandum of Law, with respect to the Treasury Department's CDFI Fund and its programs, by unlawfully withholding, delaying, refusing to spend, or impounding funding that Congress appropriated for the CDFI Fund and its programs for fiscal year 2025, including but not limited to:
    a. Delaying or otherwise refusing to obligate CDFI Fund awards for the fiscal year 2025 award cycle;
    b. Taking any action to implement, carry out, effectuate, or enforce efforts to defund the CDFI Fund and its programs such that CDFI Fund program awards are not made, obligated, or spent.
2. Orders that Defendants obligate and announce CDFI Fund awards using fiscal year 2025 funds on or before September 30, 2026.
3. Or, in the alternative, Orders Defendants to maintain the status quo and preserve the money appropriated for the CDFI Fund and its programs in fiscal year 2025 until the Court issues a final ruling on the merits to ensure the Court will be able to grant effective relief.
4. Order Defendants, within 48 hours of entry of a preliminary injunction or § 705 stay, to file a notice confirming that they have informed relevant officials of the Court's order, and within 4 business days of that order report to the Court that they have taken whatever steps are

necessary to comply with the Court's order.

This Motion is made on the grounds that (1) Plaintiffs are likely to prevail on their claims that the Defendants' Impoundment Policy, and/or any efforts by Defendants to withhold, delay, or otherwise refuse to obligate fiscal year 2025 funds before September 30, 2026, are ultra vires, in violation of the Constitution's Separation of Powers, and violate the Administrative Procedure Act (APA) 5 U.S.C. §§ 706(21); 706(2)(A), (B), (C); (2) that Plaintiffs will suffer irreparable injury unless the relief requested is granted; and (3) that the balance of equities and public interest favor injunctive relief.

This Motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction; the Declarations filed in Support of the Motion for Preliminary Injunction; and the Complaint. Plaintiffs have attempted to notify Defendants of their intent to file this motion seeking preliminary relief by contacting the Civil Chief for the United States Attorney's Office of the Northern District of California and the Directors of the Civil Division's Federal Programs Branch. Upon filing, Plaintiffs will immediately provide these documents to those contacts also. Finally, Plaintiffs will effectuate service of the Summons and Complaint as expeditiously as possible once the Summons issues.

Date: August 14, 2026

*<u>/s/ Daniel "Sparky" Abraham</u>*
Daniel "Sparky" Abraham (SBN 299193)
**JUBILEE LEGAL**
300 E. Esplanade Dr., 9th Floor
Oxnard, CA 93036
(805) 946-0386
sparky@jubilee.legal

Respectfully submitted,

*<u>/s/ Andrea Matthews</u>*
Andrea J. Matthews (M.A. Bar No. 694538)*
Anna L. Deffebach (D.C. Bar No. 241346)*
Johanna M. Hickman (D.C. Bar No. 981770)*
Kristen Miller (D.C. Bar No. 229627)*
Steven Y. Bressler (D.C. Bar No. 482492)*
Elena Goldstein (D.C. Bar. No. 90034087)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 304-3457 (Matthews)
amatthews@democracyforward.org
adeffebach@democracyforward.org
hhickman@democracyforward.org
consultantkmiller@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*
* *Pro hac vice motion forthcoming*