Daniel “Sparky” Abraham (SBN 299193)
**JUBILEE LEGAL**
300 E. Esplanade Dr., 9th Floor
Oxnard, CA 93036
(805) 946-0386
sparky@jubilee.legal

Andrea J. Matthews (pro hac vice)
Anna L. Deffebach (pro hac vice)
Johanna M. Hickman (pro hac vice)
Steven Y. Bressler (pro hac vice)
Elena Goldstein (pro hac vice)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 304-3457 (Matthews)
amatthews@democracyforward.org
adeffebach@democracyforward.org
hhickman@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INCLUSIVE ACTION FOR THE CITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-08433<br><br>**PLAINTIFFS’ STATEMENT OF RECENT DECISION**<br><br>Judge: The Honorable Edward M. Chen<br>Ctrm: 5 – 17th Floor<br>Date: September 24, 2026<br>Time: 1:30pm |

**STATEMENT OF RECENT DECISION**

Plaintiffs respectfully submit this Statement of Recent Decision to draw this Court's attention to a decision issued yesterday by the U.S. District Court for the District of Massachusetts in *National Center for Learning Disabilities v. Office of Management and Budget*, No. 26-cv-13019-ADB, ECF No. 69 (D. Mass. Sept. 17, 2026). That decision is relevant to the Court's consideration of Plaintiffs' pending motion for a Section 705 stay and/or preliminary injunction (ECF No. 9). A copy of the decision is attached as Exhibit A.

The court in *National Center for Learning Disabilities* held that the Impoundment Control Act (ICA) did not preclude the plaintiffs' claims that OMB violated the APA by unlawfully delaying apportionment and obligation of certain funds that are set to expire on September 30, 2026. Slip Op. at 20-24. The court concluded that the D.C. Circuit's opinion in *Global Health Council v. Trump*, 153 F.4th 1, 12 (D.C. Cir. 2025) and Supreme Court's order in *Department of State v. AIDS Vaccine Advocacy Coalition*, 146 S. Ct. 19 (2025) do not compel a finding that the ICA precludes the plaintiffs' APA claims concerning the failure to obligate funds before they expire. Specifically, the court held that the *Global Health Council* and *AVAC* holdings concern only attempts to enforce the ICA itself. Slip Op. at 23. The court agreed with the plaintiffs that that "nothing in the ICA suggests that Congress intended to displace the right of private parties to bring APA suits for violations of appropriations acts or other statutes, and that at the time that the ICA was enacted, there was a long history of cases involving private parties challenging various agencies' refusals to spend appropriated funds." Slip Op. at 22. Given the "presumption favoring judicial review of administrative action," the court held that the ICA does not preclude those plaintiffs' APA claims. Slip Op. at 24.[1]

Date: September 18, 2026 Respectfully submitted,

[1] The Court also found that Defendants' statements" that they 'intend' and 'plan' to obligate the funds before the September 30, 2026," did not moot the plaintiffs' claims because the defendants' "language is carefully phrased as 'intent' . . . rather than any sort of clear agreement or assertion that they 'will' obligate the funds." And, "[g]iven the historical context around these programs, namely that the current Administration has already attempted to cancel or substantially cut the programs but was prevented by Congress from doing so, the Court [did] not rely on mere "intentions" with regard to Defendants' mootness arguments." Slip Op. at 20 n. 7.

*/s/ Daniel "Sparky" Abraham*
Daniel "Sparky" Abraham (SBN 299193)
**JUBILEE LEGAL**
300 E. Esplanade Dr., 9th Floor
Oxnard, CA 93036
(805) 946-0386
sparky@jubilee.legal

*/s/ Andrea J. Matthews*
Andrea J. Matthews (pro hac vice)
Anna L. Deffebach (pro hac vice)
Johanna M. Hickman (pro hac vice)
Steven Y. Bressler (pro hac vice)
Elena Goldstein (pro hac vice)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 304-3457 (Matthews)
amatthews@democracyforward.org
adeffebach@democracyforward.org
hhickman@democracyforward.org
sbressler@democracyforward.org
egoldstein@democracyforward.org

*Counsel for Plaintiffs*