**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** September 24, 2026 **Time:** 3:32-3:42
10 Minutes **Judge:** EDWARD M. CHEN

**Case No.**: 3:26-cv-08433 **Case Name:** Inclusive Action for the City et al. v. U.S. Department of the Treasury et al.

**Attorney for Plaintiffs:** Anna Deffebach
**Attorney for Defendants:** Alexander Severance

**Deputy Clerk:** Vicky Ayala **Court Reporter:** Ruth Ekhaus

**PROCEEDINGS**

Motion for Preliminary Injunction, Docket No. 9 – Held. (In-Person)

**SUMMARY**

Parties stated appearances.

Defendants stated that the CDFI Fund had obligated $288,992,757 of the Fiscal Year 2025 funds. Plaintiffs requested confirmation that the funds had been obligated and that the awards would be issued by September 30, 2026. Plaintiffs also noted uncertainty about the status of the Bond Guarantee Program funds.

The parties shall meet and confer and agree upon a declaration to be submitted promptly by Defendants confirming the status of the Fiscal Year 2025 funds.

CASE CONTINUED TO: **9/29/2026, at 9:00 AM for a continued Motion for Preliminary Injunction via Zoom.**